THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. [853 NYS2d 519]— Present—Hurlbutt, J.P., Smith, Centra and Green, JJ.